# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN IRA DORMER,<br><br>       Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. SA CV 14-1515 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: July 14, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE